Printed: 12/01/10 08:47 AM

# Claims Distribution Small Checks

Page: 1

Case: 07-50079 - SEEHUS, ANDREW K.

Trustee: Bridget A. Brine (430170)

RECEIVED
2010 DEC -3 AM 10:06
U.S. BANKRUPTCY COURT
DULUTH, MN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200797965216 | 121 | 12/01/10 | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $0.07 |
| | | | 11U-3 | 03/13/07 | 610 | IRS | 1.26 | 1.26 | 0.07 | 0.07 |

(*) Denotes objection to Amount Filed