Printed: 12/23/10 03:12 PM

Page: 1

# Claims Distribution Small Checks

Case: 07-50079 - SEEHUS, ANDREW K.

Trustee: Bridget A. Brine (430170)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920079796652166 | 121 | 12/01/10 | 11U-3 | 03/13/07 | 610 | Payee: U.S. Bankruptcy Court IRS | | | Check Amount: | $0.07 |
| | | | | | | | 1.26 | 1.26 | 0.07 | 0.07 |
| 920079796652166 | 136 | 12/23/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $10.77 |
| | | | 6 | 02/20/07 | 610 | Wells Fargo Operations Center | 1,168.09 | 1,148.30 | 63.15 | 2.96 |
| | | | 15 | 04/12/07 | 610 | eCAST Settlement Corporation assignee of | 567.44 | 560.63 | 30.83 | 1.44 |
| | | | 27 | 06/13/07 | 610 | POWER TRANSMISSION | 645.18 | 637.43 | 35.06 | 1.65 |
| | | | 29 | 02/09/10 | 610 | Napa Auto Parts | 1,864.01 | 1,829.93 | 100.64 | 4.72 |

(*) Denotes objection to Amount Filed

RECEIVED 2010 DEC 27 AM 9:35 U.S. BANKRUPTCY COURT DULUTH, MN